No. 91–8321. GREISS v. MAIN LINE AUTO WASH ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–8322. FREEMAN v. IDAHO. C. A. 9th Cir. Certiorari denied.

No. 91–8323. ABEL v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 91–8325. BLACK v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91–8327. MOSHER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–8329. LANG v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 91–8330. MCLEAN v. COMMONWEALTH COURT OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–8332. WALKER v. JACKSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–8334. MOODY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–8335. CARTER v. HARFORD COUNTY CIRCUIT COURT ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–8337. JOHNSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 91–8338. HENTHORN v. HAHN, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–8340. ROSEN v. RAUM. C. A. 2d Cir. Certiorari denied.

No. 91–8344. WINFIELD v. CARPENTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–8348. SAGER v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. Ct. App. Ore. Certiorari denied.